**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COUNTRY STEVENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN WARD et al.,<br><br>　　　　Defendants.<br>_____ | 3:17-cv-00093-MMD-WGC<br><br>**ORDER** |

**I.   DISCUSSION**

Plaintiff has submitted a partial complaint.  (ECF No. 1-1). Based on the submission, it appears that page 1 of the complaint is missing.  The Court now directs Plaintiff to file a fully complete complaint.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall submit a fully complete complaint to this Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his partial complaint (ECF No. 1-1).

///

///

///

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 14, 2017.

_____
United States Magistrate Judge